JOHN ARTHUR, Appellant, *v.* THE CITY OF COHOES, Respondent.

(Submitted April 29, 1892; decided May 31, 1892.)

APPEAL from judgment of the General Term of the Supreme Court, in the third judicial department, entered upon an order

made February 4, 1890, which affirmed a judgment in favor of defendant, entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Doyle & Fitts* for appellant.

*P. D. Niver* for respondent.

Agrée to affirm; no opinion.
All concur, except LANDON, J., not sitting.
Judgment affirmed.